# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

VICKIE SIMMONS                                              PLAINTIFF

v.                          No. 2:16-cv-87-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                DEFENDANT

## ORDER

The Court overrules Simmons's objections, № 12, and, on *de novo* review, adopts Magistrate Judge Harris's recommendation, № 11. FED. R. CIV. P. 72(b)(3). Substantial evidence on the record as a whole supports the ALJ's decision; and the Court sees no error of law. Dr. Balke's opinion received appropriate consideration, given that it is was inconsistent with other record evidence. *Reed v. Barnhart*, 399 F.3d 917, 920–22 (8th Cir. 2005). Simmons's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 May 2017