# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

VICKIE SIMMONS                                                PLAINTIFF

v.                          No. 2:16-cv-87-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                  DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 May 2017